B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Connecticut

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **ConnTech Products Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **06-0902853** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **30 Grandview Court, Cheshire, CT**  ZIP Code **06410** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **New Haven** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **P.O. Box 309, Cheshire, CT**  ZIP Code **06410** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ConnTech Products Corporation** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)  Page 3

| **Voluntary Petition** | Name of Debtor(s): **ConnTech Products Corporation** |
|---|---|

*(This page must be completed and filed in every case)*

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X**  /s/ Neil Crane, Esquire<br>Signature of Attorney for Debtor(s)<br><br>  Neil Crane, Esquire ct14537<br>Printed Name of Attorney for Debtor(s)<br><br>  Law Offices of Neil Crane, LLC<br>Firm Name<br><br>  2679 Whitney Avenue<br>  Hamden, CT 06518<br><br>Address<br><br>      Email: neilcranecourt@neilcranelaw.com<br>  203-230-2233  Fax: 203-230-8484<br>Telephone Number<br><br>  March 19, 2015<br>Date<br><br>*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**  /s/ MARK S. FENNEY<br>Signature of Authorized Individual<br><br>  MARK S. FENNEY<br>Printed Name of Authorized Individual<br><br>  President<br>Title of Authorized Individual<br><br>  March 19, 2015<br>Date |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Connecticut

In re  **ConnTech Products Corporation**                    Case No.
                              Debtor(s)                     Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A and D Centerless Grinding<br>54 Lewis Street<br>P.O. Box 769<br>Plainville, CT 06062-0769 | A and D Centerless Grinding<br>54 Lewis Street<br>P.O. Box 769<br>Plainville, CT 06062-0769 | Business Expense | | 13,321.80 |
| Acceleron Inc.<br>21 Lordship Road<br>East Granby, CT 06026 | Acceleron Inc.<br>21 Lordship Road<br>East Granby, CT 06026 | Business Expense | | 12,531.64 |
| Accu-Grind Cutter Service Inc.<br>10 Allread Drive<br>Terryville, CT 06786 | Accu-Grind Cutter Service Inc.<br>10 Allread Drive<br>Terryville, CT 06786 | Business Expense | | 19,189.13 |
| Allied Metal Finishing, LLC<br>379 Chapel Road<br>South Windsor, CT 06074 | Allied Metal Finishing, LLC<br>379 Chapel Road<br>South Windsor, CT 06074 | Business Expense | | 39,671.62 |
| Bourbon Forge Company, Inc.<br>99 Tuttle Road<br>Middletown, CT 06457 | Bourbon Forge Company, Inc.<br>99 Tuttle Road<br>Middletown, CT 06457 | Business Expense | | 11,405.00 |
| Center Broach & Machine Co.<br>PO Box 2<br>Meriden, CT 06450 | Center Broach & Machine Co.<br>PO Box 2<br>Meriden, CT 06450 | Business Expense | | 9,110.53 |
| Cheshire Tool Company<br>1486 Highland Avenue<br>Cheshire, CT 06410 | Cheshire Tool Company<br>1486 Highland Avenue<br>Cheshire, CT 06410 | Business Expense | | 13,161.93 |
| Component Technologies<br>68 Holmes Road<br>Newington, CT 06111 | Component Technologies<br>68 Holmes Road<br>Newington, CT 06111 | Business Expense | | 61,924.83 |
| ConnectiCare, Inc.<br>P.O. Box 416191<br>Boston, MA 02241-6191 | ConnectiCare, Inc.<br>P.O. Box 416191<br>Boston, MA 02241-6191 | Business Expense | | 59,583.40 |
| Eversource (CL&P)<br>PO Box 650032<br>Dallas, TX 75265-0032 | Eversource (CL&P)<br>PO Box 650032<br>Dallas, TX 75265-0032 | Utility | | 8,232.45 |

B4 (Official Form 4) (12/07) - Cont.

In re  **ConnTech Products Corporation**                               Case No. _____

                                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| General Heat Treating Co. Inc. 80 Fulkerson Drive Waterbury, CT 06708 | General Heat Treating Co. Inc. 80 Fulkerson Drive Waterbury, CT 06708 | Business Expense | | 22,053.62 |
| Innovative Plastics Corp. 400 Route 303 Orangeburg, NY 10962 | Innovative Plastics Corp. 400 Route 303 Orangeburg, NY 10962 | Business Expense | | 8,276.40 |
| J H Metal Finishing, Inc. 1146 East Street New Britain, CT 06051 | J H Metal Finishing, Inc. 1146 East Street New Britain, CT 06051 | Business Expense | | 5,758.27 |
| Keystone Profiles, Ltd. 220 Seventh Avenue Beaver Falls, PA 15010 | Keystone Profiles, Ltd. 220 Seventh Avenue Beaver Falls, PA 15010 | Business Expense | | 30,165.52 |
| MetLife Group Benefits P.O. Box 804466 Kansas City, MO 64180-4466 | MetLife Group Benefits P.O. Box 804466 Kansas City, MO 64180-4466 | Business Expense | | 7,027.97 |
| President Titanium Co., Inc. 243 Franklin Street Hanson, MA 02341-0036 | President Titanium Co., Inc. 243 Franklin Street Hanson, MA 02341-0036 | Business Expense | | 20,817.55 |
| Reliable Tool & Die, Inc. 435 Woodmont Road Milford, CT 06460 | Reliable Tool & Die, Inc. 435 Woodmont Road Milford, CT 06460 | Business Expense | | 30,861.14 |
| S&S Centerless Grinding, Inc. 7 Old Windsor Road Bloomfield, CT 06002 | S&S Centerless Grinding, Inc. 7 Old Windsor Road Bloomfield, CT 06002 | Business Expense | | 6,893.60 |
| Specialty Steel Treating 12 Kripes Road East Granby, CT 06026 | Specialty Steel Treating 12 Kripes Road East Granby, CT 06026 | Business Expense | | 12,784.76 |
| Yarde Metals Inc. 45 Newell Street Southington, CT 06489 | Yarde Metals Inc. 45 Newell Street Southington, CT 06489 | Business Expense | | 12,880.69 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 19, 2015**        Signature  **/s/ MARK S. FENNEY**
                                                                      **MARK S. FENNEY**
                                                                      **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A and D Centerless Grinding
54 Lewis Street
P.O. Box 769
Plainville, CT 06062-0769


A.J. Waste Systems LLC
22 Burton Drive
Cheshire, CT 06410


A.M. Castle & Company
3400 North Wolf Rd.
Franklin Park, IL 60131


Acceleron Inc.
21 Lordship Road
East Granby, CT 06026


Accu-Grind Cutter Service Inc.
10 Allread Drive
Terryville, CT 06786


All World Machinery Supply
1301 W Diggins
Harvard, IL 60033


Allied Metal Finishing, LLC
379 Chapel Road
South Windsor, CT 06074


American Heat Treating Inc.
16 COMMERCE DRIVE
Monroe, CT 06468


Arbor Energy, LLC
280 Schoolhouse Road
Cheshire, CT 06410


Bourbon Forge Company, Inc.
99 Tuttle Road
Middletown, CT 06457

Center Broach & Machine Co.
PO Box 2
Meriden, CT 06450


Cheshire Tool Company
1486 Highland Avenue
Cheshire, CT 06410


Component Engineers Inc.
108 North Plains Industrial Rd
Wallingford, CT 06492


Component Technologies
68 Holmes Road
Newington, CT 06111


ConnectiCare, Inc.
P.O. Box 416191
Boston, MA 02241-6191


Copy Rite Inc.
6 Wyndemere Ct
Cheshire, CT 06410


Cox Communications
Department 781110
P.O. Box 78000
Detroit, MI 48278-1110


Denco Counter-Bore, Inc.
1223 Mount Vernon Rd
Southington, CT 06489


E-Z Way Products
9 Gramar Avenue
Prospect, CT 06712


E.M. Benson Co., LLC
1486 Highland Avenue
Cheshire, CT 06410

Earth Technology, LLC
250 Sackett Point Road
North Haven, CT 06473


Eversource (CL&P)
PO Box 650032
Dallas, TX 75265-0032


Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461


Fenny Family Trust
John Palmeri, Trustee
515 Highland Avenue
Cheshire, CT 06410


Fire Protection Testing Inc.
20 Hall Street
Medford, MA 02155


General Heat Treating Co. Inc.
80 Fulkerson Drive
Waterbury, CT 06708


Information Technology Group
26 Broadway Avenue
North Haven, CT 06473


Innovative Plastics Corp.
400 Route 303
Orangeburg, NY 10962


Internal Revenue Service
Attn: Special Procedures Unit
135 High St. Stop 155
Hartford, CT 06103


J H Metal Finishing, Inc.
1146 East Street
New Britain, CT 06051

Judith H. Finney
795 Reservoir Road
Cheshire, CT 06410


Keystone Profiles, Ltd.
220 Seventh Avenue
Beaver Falls, PA 15010


Lauren Ann Taylor
25 Glenbrook Drive
Cheshire, CT 06410


Manhattan Supply
Department CH 0075
Palatine, IL 60055-0075


Mark Fenney
30 Grandview Court
Cheshire, CT 06410


Mark S. Fenney
30 Grandview Court
Cheshire, CT 06410


MetLife Group Benefits
P.O. Box 804466
Kansas City, MO 64180-4466


Mike Ciampa
The Delta Group
51 Kyle Drive
Templeton, MA 01468


New England Precision Inc.
76 Windsor Road
Foster, RI 02825


Nicholas and Judith Fenney
30 Grandview Court
Cheshire, CT 06410

Nicholas W. Fenney, Jr.
795 Reservoir Road
Cheshire, CT 06410


Palumbo & DeLaura LLC
528 Chapel Street
New Haven, CT 06511


Personal Concepts Limited
3200 E. Guasti Rd. Suite 300
Ontario, CA 91761-8642


Pioneer Tool Supply Co., Inc.
40 Bowles Road
P.O. Box 1270
Agawam, MA 01001


Precision Cutoff Services
625 Emmett St
Bristol, CT 06010


President Titanium Co., Inc.
243 Franklin Street
Hanson, MA 02341-0036


Protection One Alarm Monitorng
P.O. Box 219044
Kansas City, MO 64121-9044


Purchase Power
P.O. Box 371874
Bristol, CT 06010


Regional Water Authority
PO Box 981102
Boston, MA 02298-1102


Reliable Tool & Die, Inc.
435 Woodmont Road
Milford, CT 06460

```
RICOH USA, Inc.
P.O. Box 41564
Philadelphia, PA 19101-1564


Robert E. Morris Co.
910 Day Hill Rd
Windsor, CT 06095


S&S Centerless Grinding, Inc.
7 Old Windsor Road
Bloomfield, CT 06002


SBA Loan
Wells Fargo Corporate Trust
1801 Parkview Drive, 1st Floor
Shoreview, MN 55126


Siemens Financial Services Inc
170 Wood Avenue South
Iselin, NJ 08830


Somma Tool
109 Scott Road
Waterbury, CT 06705


Specialty Steel Treating
12 Kripes Road
East Granby, CT 06026


State of Connecticut
Department of Revenue Services
25 Sigourney Street
Hartford, CT 06106


TD Bank
PO Box 1377
Lewiston, ME 04243-1377


Town of Cheshire
Tax Collector
PO Box 129
Cheshire, CT 06410-0129
```

```
Trans Tech Systems
709 Augusta Arbor Way
Piedmont, SC 29673


UL DQS Inc.
45 Old Waterbury Rd
Thomaston, CT 06787


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


US Bank Equipment
P.O. Box 790413
Saint Louis, MO 63179-0413


Verizon Wireless
PO Box 15062
Albany, NY 12212-5062


Webster Bank
145 Bank Street
Waterbury, CT 06702


White Way Laundry, Inc.
271 Hall Avenue
Wallingford, CT 06492


Yarde Metals Inc.
45 Newell Street
Southington, CT 06489
```

# United States Bankruptcy Court
### District of Connecticut

In re  **ConnTech Products Corporation**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ConnTech Products Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 19, 2015** | **/s/ Neil Crane, Esquire** |
| Date | **Neil Crane, Esquire ct14537** |
| | Signature of Attorney or Litigant |
| | Counsel for **ConnTech Products Corporation** |
| | **Law Offices of Neil Crane, LLC** |
| | **2679 Whitney Avenue** |
| | **Hamden, CT 06518** |
| | **203-230-2233 Fax:203-230-8484** |
| | **neilcranecourt@neilcranelaw.com** |